

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 7, 2020

**BY ELECTRONIC MAIL & ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States* v. *Alshaquen Nero,* S3 13 Cr. 271 (LTS)

Dear Judge Swain:

The Government writes to respectfully request an extension until Wednesday, August 12, 2020, to respond to the defendant's compassionate release request in the above-captioned matter (Docket Entry Nos. 964 and 969).  The Government inadvertently missed the Court's Order directing the Government to respond to that application on or before July 30, 2020 (Docket Entry No. 970), and sincerely apologizes for that oversight.  In order to provide adequate time for the Government to obtain from the Bureau of Prisons ("BOP") the defendant's BOP medical records, any records related to prior compassionate release requests made to the BOP by the defendant, and other relevant BOP records, the Government respectfully requests an extension until August 12, 2020, to respond to the defendant's motion.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  _____
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433

The requested extension is granted.  Mr. Nero's deadline to reply is extended to August 26, 2020.  DE# 975 resolved.  Chambers will mail a copy of this order to Mr. Nero.

SO ORDERED.
8/7/2020
/s/ Laura Taylor Swain, USDJ