UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.                                                      **MEMO ENDORSED**

CASE NO: 13-CR-271-LTS-21

ALSHAQUEN NERO,
    Defendant

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, this pro se defendant, in front of this Honorable Court to motion it for an enlargement of time in the length of thirty days, that is to begin on August 7, 2020; in order to file a rebuttal to the government's document to show why defendant's motion for Compassionate Release should not be granted.

8·1·20
DATE

*Alshaquen Nero*
Mr. Alshaquen Nero
P.O. Box 1002
Thomson, IL. 61285

---

The requested extension of time is granted.  DE# 979 resolved.
Chambers will mail a copy of this endorsed order to Mr. Nero.

SO ORDERED.
8/13/2020
/s/ Laura Taylor Swain, USDJ

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME**

It is imperative that the defendant of this criminal action now ask the court for the patience of another thirty days before the court reaches a concluding resolution as it pertains to the current Compassionate Release motion that is under consideration by the court, due to the fact that the defendant is currently in the Covid-19 quarantine cell block as he waits to be transferred to another facility within the Bureau of Prisons, does not have access to his personal property, nor does he have access to any forms of a Law Library. Which makes it impossible for him to rebut any prosecutorial responsive document, and has placed him in the position of now having to ask this Honorable Court for the patience of another thirty days.

8·1·20
DATE

Alshaquen Nero
ALshaquen Nero
Pro se Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.  CASE NO: 13-CR-271-LTS-21

ALSHAQUEN NERO,
DEFENDANT

## NOTICE TO COURT

COMES NOW, this pro se defendant, in the above-captioned criminal action to notify all parties of concern of the residential address that he will be residing at, if his Compassionate Release Motion is granted by this Honorable Court. 292 Carey ave; Wilkes Barre, PA. 18702; (570) 704-7846.

8·1·20
DATE

Alshaquen Nero
Mr. Alshaquen Nero
P.O. Box 1002
Thomson, IL. 61285

INMATE NAME Alshaquen Nero
REGISTER NUMBER 05861-748
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

Criminal

Judge Laura Taylor Swain
Federal Building and United States courthouse
300 Quarropa Street
White Plains, New York 10601

