UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                              No.  13-CR-271-LTS

ALSHAQUEN NERO,

      Defendant.

--------------------------------------------------------x

ORDER

The Court has received Defendant Alshaquen Nero's pro se letter-reply, filed on October 14, 2020, in support of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (See Docket Entry Nos. 964, 969.)  In his letter-reply, Mr. Nero asserts a new basis for his request for compassionate release: his facility's alleged failure to provide him adequate medical care for a stomach illness which has recently resulted in his hospitalization.

The Government is directed to file any sur-reply to Mr. Nero's letter-reply, which should include any recent BOP medical records concerning Mr. Nero's stomach illness and any follow-up procedures performed, by **October 27, 2020**.  A complete, unredacted courtesy copy of the Government's sur-reply must be provided to Mr. Nero and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

As Mr. Nero's letter-reply attaches sensitive medical records, the Court will file a redacted version of the letter-reply publicly on the docket, and file the original, unredacted letter-reply under seal.  An unredacted copy of the letter-reply will be provided to the Government. The Government may file under seal any medical records that are included in its sur-reply, and sensitive medical information may be redacted from the sur-reply that is filed on ECF.  The

unredacted originals must be filed with the Clerk's Office with a copy of this Order.  Chambers

will mail a copy of this order to Mr. Nero.

       SO ORDERED.

Dated: New York, New York
       October 16, 2020

               _/s/ Laura Taylor Swain_
               LAURA TAYLOR SWAIN
               United States District Judge

**Copy mailed to**:
Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
P.O. Box 30
Pinellas Park, FL 33781

**And:**
Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
Satellite Camp
P.O. Box 200
Waymart, PA 18472