UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                     No.  13-CR-271-LTS

ALSHAQUEN NERO,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the Government's submission, by email to chambers, of Defendant's medical records, which were submitted in connection with Defendant's motion for compassionate release, as Exhibits A and B to the Government's opposition (Docket Entry No. 977), and as Exhibit B and C to the Government's sur-reply (Docket Entry No. 1003).  The Government is directed to file unredacted originals of those Exhibits with the Clerk's Office, for filing under seal, with a copy of this Order.  Chambers will mail a copy of this Order to Mr. Nero.

      SO ORDERED.

Dated: New York, New York
       November 2, 2020

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

**Copy mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
Smart Communications
P.O. Box 30
Pinellas Park, FL 33781