UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No.  13-CR-271-LTS

ALSHAQUEN NERO,                                          ORDER

            Defendant.

--------------------------------------------------------x

        The Court has received the Government's December 2, 2020, opposition (Docket Entry No. 1029) to Defendant Alshaquen Nero's pro se motion for reconsideration dated November 9, 2020 (Docket Entry No. 1023).  (See also Docket Entry Nos. 1007, 1024.)  The Government reports that Mr. Nero receives regular medical attention for his stomach illness from the medical staff at his facility, but that he is "still scheduled for a consult with General Surgery," which was originally targeted to occur by approximately late August, 2020.  (See Docket Entry No. 1029 Ex. A at 6, 16, 18-19.)  The Government is directed to supplement promptly its opposition with the results of Mr. Nero's consultation with General Surgery, once that consultation has occurred.

        SO ORDERED.

Dated: New York, New York
       December 3, 2020

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge

**Copy mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472