UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                          No. 13-CR-271-LTS

ALSHAQUEN NERO,                         SEALING ORDER

         Defendant.

-------------------------------------------------------x

        The Court has received the Government's letter, dated December 16, 2020 (Docket Entry No. 1039), attaching Defendant's 2020 BOP medical records, which the Government seeks to file under seal.

        The Court grants the Government's request to file the medical records attached to its December 16, 2020, letter under seal. The Government shall file the unredacted original records under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Nero at the below addresses.

    SO ORDERED.

Dated: New York, New York
       December 22, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge

**Copies to be mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
P.O. Box 200
Waymart, PA 18472

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
Smart Communications
P.O. Box 30
Pinellas Park, FL 33781