UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                        No.  13-CR-271-LTS

ALSHAQUEN NERO,                            O<small>RDER</small>

             Defendant.

--------------------------------------------------------x

         The Court has received Defendant Alshaquen Nero's letter dated December 25, 2020, which reports that he is not receiving adequate treatment for his pre-existing medical conditions where he is currently in custody at United States Penitentiary ("USP") Canaan, which, he claims, is using the COVID-19 pandemic as an "excuse . . . for delay" in providing him that treatment.

         Mr. Nero's pre-existing medical conditions (namely, his stomach ailments) are the subject of his pending motion for reconsideration (Docket Entry No. 1023) of the Court's Memorandum Order denying his motion for compassionate release.  (Docket Entry No. 1007.) The Court has previously directed the Government to report on Mr. Nero's clinical status, which it did on December 16, 2020, reporting that "even during the COVID lockdown, [Mr. Nero] has continued to receive and have access to medical care," including most recently on December 7, 2020.  (Docket Entry No. 1039.)  The Court has also directed the Government to supplement promptly its opposition to Mr. Nero's motion for reconsideration with the results of Mr. Nero's anticipated general surgery consultation, once that consultation has occurred.  (Docket Entry No. 1031.)  That direction remains in effect.

In addition, the Government is hereby directed to file a report no later than **January 15, 2021**, as to Mr. Nero's clinical status, with any available updated medical records, as well as any updated timeframe for Mr. Nero's general surgery consultation.

The Government shall file any medical records submitted in connection with its report under seal.  The Government shall file the unredacted original records under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must also be provided to Mr. Nero and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Chambers will mail a copy of this Order to Mr. Nero.

SO ORDERED.

Dated: New York, New York
          January 8, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
P.O. Box 30
Pinellas Park, FL 33781

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
Smart Communications
P.O. Box 30
Pinellas Park, FL 33781

Alshaquen Nero
Reg. No. 05861-748
USP Canaan

U.S. Penitentiary
P.O. Box 200
Waymart, PA 18472