0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                 No.  13-CR-271-LTS

ALSHAQUEN NERO,                                      ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received the Government's letter dated January 29, 2021 (Docket Entry No. 1061), submitted in response to the Court's orders dated December 3, 2020, December 10, 2020, and January 8, 2021 (Docket Entry Nos. 1031, 1034, and 1052), and in connection with Mr. Nero's pending motion for reconsideration (Docket Entry No. 1023) of the Court's Memorandum Order denying his motion for compassionate release.  (Docket Entry No. 1007.) The Government reports that a general surgeon examined Mr. Nero on January 18, 2021, as to Mr. Nero's stomach ailments (the subject of Mr. Nero's pending motion for reconsideration), prescribed Mr. Nero with a drug used to treat and alleviate the symptoms of certain intestinal problems, and indicated that a colonoscopy and an esophagogastroduodenoscopy ("EGD") would be scheduled "in the very near future . . . to evaluate [Mr. Nero's] gastrointestinal tract."

        The Court construes the Government's letter dated January 18, 2021, together with the Government's previous submissions on this topic (see Docket Entry Nos. 1029, 1039, 1055), as the Government's opposition to Mr. Nero's motion for reconsideration.  Mr. Nero's reply to the Government's response, if any, must be filed by **February 19, 2021**.

        In addition, the Government is hereby directed to file a report promptly upon the occurrence of Mr. Nero's anticipated colonoscopy and EDG, with any available updated medical records.  The Government shall file any medical records submitted in connection with its report

under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's update must also be provided to Mr. Nero and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Chambers will mail a copy of this Order to Mr. Nero.

SO ORDERED.

Dated: New York, New York
February 1, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
P.O. Box 30
Pinellas Park, FL 33781

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
Smart Communications
P.O. Box 30
Pinellas Park, FL 33781

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
U.S. Penitentiary
P.O. Box 200
Waymart, PA 18472