

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2021

**By Electronic Mail**
Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       **Re:**       ***United States v. Alshaquen Nero*, 13 Cr. 271-21 (LTS)**

Dear Judge Swain:

      The Government writes to supplement its letter dated March 1, 2021.  Enclosed please find a copy of the defendant's most recent medical records reflecting a doctor's appointment that the defendant had on February 26, 2021.  *See* Ex. A.[1]  As these records reflect, the defendant "has not had much abdominal pain or discomfort, just occasional gas.  He denies any diarrhea or constipation."  *Id.* at 1.  While "[h]e does complain of occasional shortness of breath and centrally located chest discomfort," such symptoms occur "mostly when lying flat."  *Id.*  The doctor believes that these symptoms "may be the gastritis and/or some reflux," and therefore has "extend[ed] omeprazole for 30 days" and has spoken to the defendant about "cutting back on caffeine and spicy food intake," as well as "not eating more than 2 hours before bed."  *Id.* at 1-2.  These medical records also show the medication the defendant has been prescribed for the H. pylori infection.  *See id.* at 2.  Finally, these records show that the defendant's vitals are normal.  *See, e.g.*, *id.* at 1 (97.9 temperature; "no acute distress"; "[m]ood and affect appropriate").  The defendant is "aware to alert Medical immediately with any change or worsening" of his condition.  *Id.* at 2.

---

[1] Because this letter and Exhibit A contain sensitive medical information, the Government respectfully requests that this submission be filed under seal.

There is nothing in these medical records that warrants reconsideration of the Court's denial of the defendant's compassionate release motion.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Sarah L. Kushner
Assistant United States Attorney
Southern District of New York
(212) 637-2676
Sarah.Kushner@usdoj.gov

cc: Alshaquen Nero (by Mail)
    Reg. No. 05861-748
    USP Canaan
    PO Box 400
    3057 Eric J. Williams Memorial Drive
    Waymart, PA 18472

# EXHIBIT A