UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No.  13-CR-271-LTS

ALSHAQUEN NERO,                                     Order

          Defendant.

-------------------------------------------------------x

        The Court has received (1) Defendant Alshaquen Nero's submission dated February 15, 2021 (Docket Entry No. 1077), filed in support of his pending motion for reconsideration (Docket Entry No. 1023) of the Court's Memorandum Order denying his motion for compassionate release (Docket Entry No. 1007); (2) two letters, from Mr. Nero's brother and aunt (Docket Entry Nos. 1078 & 1079), filed in support of Mr. Nero's release; and (3) two letters from the Government, dated March 1 and March 2, 2021, submitted directly to chambers by email, concerning Mr. Nero's stomach condition (and the treatment thereof) that is the subject of his pending motion for reconsideration.  Mr. Nero's reply in support of his motion for reconsideration is currently due March 5, 2021.  (See Docket Entry No. 1065.)

        Because the Government's letters dated March 1 and March 2, 2021, contain sensitive medical information about Mr. Nero's treatment, and because the letters from Mr. Nero's brother and aunt contain their personal contact information, the Court will file redacted copies of those submissions on the public docket, and will file the complete unredacted submissions under seal.  The Court will consider the substance of these submissions in connection with its resolution of Mr. Nero's pending motion for reconsideration.

Chambers will mail a copy of this Order to Mr. Nero, at the address provided by him in his submission dated February 15, 2021, and at the address provided by the Government in its letters dated March 1 and March 2, 2021.

SO ORDERED.

Dated: New York, New York
March 3, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
P.O. Box 300
Waymart, PA 18472

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
PO Box 400
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472