UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No. 13-CR-271-LTS

ALSHAQUEN NERO,                                  ORDER

        Defendant.

-------------------------------------------------------x

        The Court has received a letter dated April 12, 2021, from the Government, filed in further opposition to Mr. Nero's pending motion for reconsideration of the Court's denial of his motion for a reduction in sentence (docket entry no. 1023). Because the Government's letter attaches copies of Mr. Nero's sensitive medical records, the Court will file a redacted copy of the letter on the public docket, and will file the unredacted letter under seal. The Court will consider the substance of the letter in connection with its resolution of Mr. Nero's pending motion for reconsideration.

        Chambers will mail a copy of this Order to Mr. Nero.

        SO ORDERED.

Dated: New York, New York
       April 13, 2021

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
PO Box 400
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472

Alshaquen Nero

Reg. No. 05861-748
USP Canaan
P.O Box 300
Waymart, PA 18472