UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                     No. 13-CR-271-LTS

ALSHAQUEN NERO,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Alshaquen Nero's two letters mailed to the Court on April 13, 2021 (docket entry no. 1108), and April 19, 2021 (docket entry no. 1107), submitted in further support of Mr. Nero's motion for reconsideration filed on November 18, 2020 (docket entry no. 1023). On April 19, 2021, the Court issued an Order denying Mr. Nero's motion for reconsideration (docket entry no. 1106). The Court has reviewed the two most recent letters, and its conclusions, as explained in the Court's April 19, 2021, Order, remain the same.

Chambers will mail a copy of this Order to Mr. Nero.

    SO ORDERED.

Dated: New York, New York
          April 23, 2021

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
PO Box 400
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
P.O Box 300
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472