UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No. 13-CR-271-LTS

ALSHAQUEN NERO,                                             O<span style="font-variant:small-caps">rder</span>

          Defendant.

-------------------------------------------------------x

        The Court has received Defendant Alshaquen Nero's motion for a reduction or modification of his sentence pursuant to 18 U.S.C. sections 3582(c)(1)(A) and 3582(c)(2) (docket entry no. 1118). The Government is directed to file and serve on Mr. Nero a response to the motion by **May 20, 2021**. Mr. Nero's reply to the Government's response, if any, must be filed by **June 4, 2021**.

        Chambers will mail a copy of this Order to Mr. Nero.

        SO ORDERED.

Dated: New York, New York
       May 6, 2021

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
PO Box 400
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
P.O Box 300
Waymart, PA 18472