UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                     No. 13-CR-271-LTS

ALSHAQUEN NERO,                                                                            ORDER

            Defendant.

-------------------------------------------------------x

It has come to the Court's attention that both the Court's Order dated May 6, 2021 (docket entry no. 1119), setting a briefing schedule on Defendant Alshaquen Nero's pending motion for a reduction or modification of his sentence (docket entry no. 1118), and the Government's opposition to that motion (docket entry no. 1126), were mailed to Mr. Nero at USP Canaan, PO Box **400**, 3057 Eric J. Williams Memorial Drive, Waymart, PA 18472[1]; but that the Bureau of Prisons website for USP Canaan currently directs that legal mail to inmates at USP Canaan be directed to USP Canaan, PO Box **300**, 3057 Eric J. Williams Memorial Drive, Waymart, PA 18472.  See Bureau of Prisons, USP Canaan, https://www.bop.gov/locations/institutions/caa/ (last visited June 17, 2021).

In light of this discrepancy, the Court will mail copies of its Order dated May 6, 2021, as well as of the Government's opposition papers, to Mr. Nero, at PO Box 300.

Mr. Nero's deadline to file a reply to the Government's response, if any, is extended to **July 9, 2021**.

---

[1] The Court also mailed a copy of its Order dated May 6, 2021, to Mr. Nero at USP Canaan, P.O Box 300, Waymart, PA 18472—the return address provided by Mr. Nero in connection with his underlying motion.  (See docket entry no. 1118 at ECF page 17.) Neither copy of the Court's May 6, 2021, Order has been returned as undeliverable.

Chambers will also mail a copy of this Order to Mr. Nero.

SO ORDERED.

Dated: New York, New York
June 17, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copies mailed to:**

Alshaquen Nero
Reg. No. 05861-748
USP Canaan
PO Box 300
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472